Dear Judge Nuffer

My name is Alfred Fletcher, You were my sentencing judge and my wifes back in December for her
Feb for me

Debra Ann Fillmore: Registry #09461-081
Alfred Lane Fletcher: Registry #25395-081
Case # DUTX 2:17-CR-00453-0

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
AUG 07 2018
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

I am incarcerated at F.C.I. Sherinan Oregon & Debra is incarcerated at F.C.I. Dublin Calif.

We have been together for 16 years as man & wife (common law). We lived together, our names on bills together, we file our tax's as married filing jointly ect...

Since ive been here at Sherinan, They will not let me corrospond with her saying that it is agienst BOP policy and Oregon State policy because they do not recognize common law. Even though we are co-defendants and had permission to corrospond while we were in UTAH.
I have explained to case worker, Unit Manager and CMC here at prison that we still have business dealing with Income Tax's, Personal Property, and possible lawsuites for our Property that has to be dealt with, Even though we are in prison
     over →

And Just To Stay in Contact because we need To Communicate These matters and To Stay in Touch with each other for mutual support.

Somehow This prison has an incomplete PSI that They say DOES not Say That we claim To be married but That we are in a relationship.

What I am asking Sir is permission from You To please let me and Debra Communicate with each other so we can Take care of our personal Problems and be able To stay abreast of This incarceration so we don't worry about whats happening with our lives.

We DO NOT Pose any security Threat, We Do not pass any information concerning people in our Prisons. The Mail room screens out going and Incoming Mail The Same with Trulincs E-mail. So I guarantee our contact will be personal between her and I only.

WE Both have 5 years left each and I Know its incredibly hard not being able to quit worrying how Shes Doing let alone Trying to figure out how To send our 2017 Tax Statements That needs her Signature

I have been a model inmate, no write ups no Displinarys Im Taking 3 classes, Doing what Im Told To Do

Even if we could correspond for 6 months till we get our business Taken care of we would be eternally Grateful Sir

Any help or consideration at all you could Provide and I promise It will not be abused

I don't Think its right To be completely Taken away from my wife for The reason That we have no Piece of Paper, but we do have 16 yrs of Sharing life as man & wife

Please Respond and tell me if Theres anything we can Do or what

Sincerely

Thank You Sir

[signature]

P.S. My Wife also Suffers From Hepititis 3 Its very Debilitating and I worry much

You can check sir, I would not lie To you maybe That would be considered a hardship.

ALFRED FLETCHER #25375-081
Federal Correctional Institution
PO Box 5000
Sheridan Oregon 97378

PORTLAND OR 972
31 JUL 2018 PM 7 L

LEGAL MAIL

☉25375-081☉
Judge David Nuffer
351 S WEST Temple
US Courthouse Rm1100
SALT LAKE CITY, UT 84101
United States

84101-195225

LEGAL MAIL